U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 31 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ENERGY TRANSFER FUEL, L.P., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:07-CV-250-A |
| WEST FORK PARTNERS, L.P., | § | |
| Defendant, | § | |
| VS. | § | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | § | |
| Third Party Defendant, | § | |

### FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the order signed in the above-captioned action on the date of this signing of this final judgment,

The court ORDERS, ADJUDGES and DECREES that all claims and causes of action asserted against third party defendant, United States Arm Corps of Engineers, in the above-captioned action be, and are hereby, dismissed.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal ordered above.

SIGNED July 31, 2007.

JOHN McBRYDE
United States District Judge